# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159492-3

SAMANTHA LICHON,
            Plaintiff-Appellee,

v                                                        SC: 159492
                                                         COA: 339972
                                                         Oakland CC: 17-158919-CZ
MICHAEL MORSE and MICHAEL J.
MORSE, PC,
            Defendants-Appellants.
_____/

JORDAN SMITS,
            Plaintiff-Appellee,

v                                                        SC: 159493
                                                         COA: 341082
                                                         Wayne CC: 17-008068-CZ
MICHAEL MORSE and MICHAEL J.
MORSE, PC,
            Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the March 14, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the claims set forth in the plaintiffs' complaints are subject to arbitration. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019 _____



d0911

                                                         Clerk